v00154









 
 
 
NUMBER 13-04-294-CR
COURT OF APPEALS
THIRTEENTH DISTRICT OF TEXAS
CORPUS CHRISTI - EDINBURG
__________________________________________________________
IN RE SERGIO SIERRA,                                                             Relator. 
__________________________________________________________
On Petition for Writ of Prohibition and Writ of Mandamus
__________________________________________________________
MEMORANDUM OPINION 
Before Chief Justice Valdez and Justices Hinojosa and Castillo
Opinion Per Curiam
 
          On June 14, 2004, relator, Sergio Sierra, filed a petition for writ of prohibition and
writ of mandamus in which he requests this Court to: (1) stop the trial in Cause No. 04-CR-278-E in the 357th Judicial District Court of Cameron County, Texas; and (2) order
respondent, the Honorable Darrell Hester, presiding judge of the Fifth Administrative
Judicial Region, to reassign the Honorable Mario Ramirez to preside over Cause No. 04-CR-278-E and vacate his assignment of the Honorable Joaquin Villarreal to preside over
Cause No. 04-CR-278-E. Relator also filed a request for a stay of the trial court
proceedings, which we granted. We requested a response from real part in interest, the
State of Texas, by June 24. On June 21, the State filed an emergency motion to dismiss,
to lift the stay, and for sanctions. 
          After reviewing the petition and other materials filed by the parties, this Court is of
the opinion that the petition should be denied. Accordingly, we DENY the petition for writ
of mandamus and writ of prohibition and lift the stay. We DISMISS the State’s motion as
moot. 
 
                                                                                      PER CURIAM
 
Do not publish. Tex. R. App. P. 47.2(b).
Opinion delivered and filed 
this the 28th day of June, 2004.